Stephen W. Hogie, Bar No. 178095
swhguard-court1@yahoo.com
Paul A. Campbell, Bar No. 289409
pccourt-1@yahoo.com
HOGIE & CAMPBELL
13522 Newport Ave., Ste. 201
Tustin, CA 92780
Telephone: (714) 508-6422

Attorneys for Plaintiff, Rachel Brown

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHILDTIME CHILDCARE, INC., an Illinois corporation; and DOES 1 - 50<br><br>Defendants. | Case No.: 2:13-cv-08028-ODW-E<br><br>Assigned for discovery purposes to:<br>Hon. Charles F. Eick<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHILDTIME CHILDCARE, INC., an Illinois corporation; and DOES 1 - 50<br><br>Defendants. | Case No.: 2:13-cv-08028-ODW-E<br><br>Assigned for discovery purposes to:<br>Hon. Charles F. Eick<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |

GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED THAT the Parties Stipulation For Protective Order, attached hereto as an Exhibit is hereby entered in its entirety as the order of this Court.

Dated: 2/28/14

_____
Magistrate Judge Charles F. Eick