# United States District Court
# Central District of California

| | |
|---|---|
| RACHEL BROWN,<br>            Plaintiff,<br>    v.<br>CHILDTIME CHILDCARE, INC.; DOES 1–50, inclusive,<br>            Defendants, | Case No. 2:13-cv-08028-ODW(Ex)<br><br>**ORDER TO SHOW CAUSE RE. PRETRIAL CONFERENCE** |

This action is on calendar for a pretrial conference on **Monday, October 27, 2014, at 2:30 p.m.** Pursuant to the Scheduling and Case Management Order, the parties were required to lodge all pretrial conference documents by October 20, 2014. (ECF No. 14.) No documents have been filed and the Court has heard nothing from the parties since February 2014. Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Friday, October 24, 2014, at 5 p.m.**, why pretrial documents have not been filed. If this action has settled, the parties are required to inform the Court promptly. L.R. 16-15.7. The Court will consider this Order discharged upon the filing of all pretrial documents. The Court will also discharge this Order upon the filing of a Notice of Settlement or a stipulation to

dismiss.  Failure to comply with this Order may result in monetary sanctions or dismissal of this action with prejudice.

**IT IS SO ORDERED.**

October 23, 2014

_____
            **OTIS D. WRIGHT, II
     UNITED STATES DISTRICT JUDGE**